UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| REICHHOLD, INC. | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 03-453 (DRD)(MAS) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES METALS REFINING | : | |
| COMPANY, et al. | : | **ORDER** |
| | : | |
| | : | |
| Defendant. | : | |

THIS MATTER comes before the Court through motions from both Plaintiff and Defendants

to adjourn the due date for the proposed final pretrial order and the date for the final pretrial conference,

and the Court, having reviewed the moving papers and for good cause shown,

IT IS on this 15th day of August, 2008,

ORDERED THAT:

(1)     The date for the proposed final pretrial order has been adjourned.

(2)     If the pending Motions for Partial Summary Judgment and Summary Judgment have

         not been decided by November 3, 2008, the proposed final pretrial order shall be

         submitted to the Court on December 1, 2008.

(3)     The final pretrial conference shall be held on December 19, 2008.


                                           s/Michael A. Shipp
                                           **HONORABLE MICHAEL A. SHIPP**
                                           **UNITED STATES MAGISTRATE JUDGE**